# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2013

## NO. 03-13-00072-CV

**Yvonne Vasquez, Appellant**

**v.**

**Guadalupe Valley Telephone Cooperative, Appellee**

## APPEAL FROM 22ND DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below, and that this decision be certified below for observance.